NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


KATELYNN HUME,                          )
                                        )
           Appellant,                   )
                                        )
v.                                      )           Case No. 2D17-3331
                                        )
STATE OF FLORIDA,                       )
                                        )
           Appellee.                    )
                                        )
_____     )

Opinion filed April 4, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Manatee County; Andrew Owens, Senior
Judge.

Chris M. Pratt of Chris M. Pratt, P.A.,
Palmetto, for Appellant.


PER CURIAM.


           Affirmed.


VILLANTI, MORRIS, and SALARIO, JJ., Concur.